AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Bassem Farhat | ) | Case No: 0645 2:19CR20821-06 |
| | ) | USM No: 58047-039 |
| Date of Original Judgment: 06/01/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Patrick J. Hurford |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**    ☑ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    60    months **is reduced to**    51   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Count 1S - 51 Months

Except as otherwise provided, all provisions of the judgment dated    06/01/2023    shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    March 12, 2024            s/Nancy G. Edmunds
                                         *Judge's signature*

Effective Date: _____            Nancy G. Edmunds, U.S. District Judge
*(if different from order date)*         *Printed name and title*